IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| CALVIN R. PETERSEN,<br><br>**Plaintiff,**<br><br>v.<br><br>**METLIFE LONG TERM CARE INSURANCE, ENSIGN GROUP, and STATE OF UTAH,**<br><br>**Defendants.** | **REPORT & RECOMMENDATION**<br><br>**Case No. 1:19-cv-00129**<br><br>**Judge Howard C. Nielson, Jr.**<br><br>**Magistrate Judge Dustin B. Pead** |

This case is before Magistrate Judge Dustin Pead pursuant to a 28 U.S. C. § 636(b)(1)(B) referral from District Court Judge Howard C. Nielson. (ECF No. 6.) On November 13, 2019, Plaintiff Calvin R. Peterson ("Plaintiff" or "Mr. Petersen") paid the $400.00 fee and filed his complaint against Defendants MetLife Long Term Care Insurance, Ensign Group, and the State of Utah (collectively "Defendants").[1] (ECF No. 2.)

Since that date, Mr. Petersen has filed four Motions to Appoint Counsel (ECF No. 3; ECF No. 14; ECF No. 18; ECF No. 22), two Motions for Service of Process (ECF No. 4; ECF No. 23) as well as several emails and documents improperly sent directly to court chambers. (ECF No. 8; ECF No. 12.) In response, the Court has issued five Orders independently advising Plaintiff as to the status of his case (ECF No. 9), instructing him to file formal motions (ECF No. 13), advising Plaintiff to complete the Pro Se Email Filing and Notification Form (ECF No. 16), and denying

---

[1] Receipt No. 4681088544, (ECF No. 2.) Plaintiff paid the filing fee and did not move to proceed *in forma pauperis. See* 28 U.S.C. §1915.

his motions for appointment of counsel[2] and motions for service of process. (ECF No. 7; ECF No. 16; ECF No. 20.) In light of Plaintiff's disability and his status as a pro se litigant, the Court has afforded him leniency and extended service requirements well beyond the ninety-day time period. *See* Fed. R. Civ. P. 4(m).

On March 25, 2020, however, the Court issued an Order advising Mr. Petersen that a failure to effect service by April 15, 2020 would result in recommendation of dismissal to the District Court. (ECF No. 20.) In response, Plaintiff filed yet another Motion to Appoint Counsel and Motion for Service of Process both of which are identical to his previously filed motions. (ECF No. 22; ECF No. 23.)[3]

## RECOMMENDATION

Mr. Petersen has not served Defendants and the time within which to do so has passed. *See* Fed. R. Civ. P. 4(m). While sympathetic to Mr. Petersen's circumstances, judicial economy mandates that this case move forward and Plaintiff may not continue to delay by inundating the Court with duplicative motions and filings in hopes of obtaining a different ruling or outcome.

Accordingly, consistent with Federal Rule of Civil Procedure 4(m) and this Court's March 2020 Order, the Court RECOMMENDS that Plaintiff's action be dismissed without prejudice for failure to prosecute and effect service on the Defendants.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within fourteen (14) days of being served with a copy,

---

[2] The Court's March 5, 2020, Ruling identified specific free or low-cost organizations for Plaintiff to contact with regard to obtaining legal representation. (ECF No. 16 at ftn. 2.)

[3] Additionally, Plaintiff filed a document entitled "Pleadings" which also re-hashes his previously raised arguments in support of his motions for appointment of counsel and service of process. (ECF No. 24.)

any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

SO ORDERED this 23rd day of April 2020.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge